1

2

3

4

5

6

7

8     **IN THE UNITED STATES DISTRICT COURT**

9     **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    BONNEY THAVISACK,                      No. CIV S-09-1607-CMK-P

12              Petitioner,

13        vs.                                ORDER

14    J. WALKER,

15              Respondent.

16    _____/

17          Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has consented to Magistrate Judge

19    jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the

20    action.

21          On August 19, 2009, the court issued an order directing petitioner to show cause

22    within 30 days why this action should not be dismissed for failure to comply with court rules and

23    orders.  In that order, the court stated:

24                      . . . On June 25, 2009, the court directed petitioner to
                  submit either a completed application for leave to proceed in forma
25                pauperis or the full filing fee for this action within 30 days.  Petitioner was
                  warned that failure to comply may result in dismissal of this action for lack
26                of prosecution and failure to comply with court rules and orders.  See

                                        1

1    Local Rule 11-110.  To date, petitioner has failed to comply.

2  Petitioner has not filed a response to the order to show cause or resolved the fee status of this

3  case.  According, this action is dismissed without prejudice.  The Clerk of the Court is directed to

4  enter judgment of dismissal and close this file.

5    IT IS SO ORDERED.

6

7  DATED:  September 25, 2009

8

9  **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26